MARTHA G. BRONITSKY
CHAPTER 13 TRUSTEE STANDING TRUSTEE
22320 FOOTHILL BLVD. STE 150
Telephone: (510) 266-5580
Fax: (510) 266-5589

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: JOSHUA DANIEL CROSSLEY | Case No.10-72711 RLE 13 |
| Debtor(s) | CHAPTER 13 |
| | **NOTICE OF UNCLAIMED DIVIDENDS** |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $2,038.45 name (s) and address (es) of the claimants entitled to the unclaimed dividends are as follows:

| Case # | Name & Address of Claimant | Claim amount | Dividend Amt. |
|---|---|---|---|
| 10-72711 RLE 13 | JEANNETTE & OGNJEN MARINOVICH<br>C/O ROBERT E DUNNE ESQ<br>983 UNIVERSITY AVE #104C<br>LOS GATOS, CA 95032 | $ 70,000.00 | $ 2,038.45 |
| | Total Unclaimed Dividends | | $ 2,038.45 |

Dated: December 30, 2015

_____
/s/ Martha G. Bronitsky, Chapter 13 Trustee